UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

KENTON GRAHAM

                Plaintiff,

Case No. 24- cv-03997-NRM-LB

**ORIGINAL**    -against-

**Affidavit of Service**

NEW YORK CITY DEPARTMENT OF EDUCATION, DAVID BANKS, Melanie Judson, and VERNON JOHNSON, and JANICE ROSS, and SHARAZ SCOFIELD, in their respective official and individual capacities

REC'D IN PRO SE OFFICE
JUL 19 '24 PM 4:45

                Defendants,

-------------------------------------------------------------------

STATE OF NEW YORK    )
                          : SS.:
COUNTY OF NEW YORK  )

I _Errol Graham_, being duly sworn deposes and says that:

    1. The deponent is not a party to the action and is 18 years of age or older.

    2. On the _19th_ day of July 2024, the deponent served the attached Complaint and Exhibits upon Corporate Counsel, Attorney for the Respondents, located at 100 Church Street, New York, New York 10007.

By mailing the papers to the person at the address designated by the person for that purpose, pursuant to CPLR 2103 (bX6), by depositing the same in a first class, postpaid, properly addressed envelope, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York;

                                             E Graham
                                             Signature

                                             31-29-100 ST
Sworn to before me this                   Address
19 day of July 2024

                                             East Elmhurst NY 11369
                                             City, State, Zip

_Santa Antonio_
NOTARY PUBLIC

SANTA ANTONIO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AN6086525
Qualified in QUEENS County
Commission Expires 01/21/

**ORIGINAL**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Kenton Graham <br><br> *Plaintiff(s)* <br> v. <br> New York City Department of Education; David Banks; Vernon Johnson; Janice Ross; Sharaz Scofield; Melanie Judson <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-03997-NRM-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

New York City Department of Education
100 Church Street
New York, NY 10007

David Banks
100 Church Street
New York, NY 10007

Vernon Johnson
100 Church Street
New York, NY 10007

Janice Ross
100 Church Street
New York, NY 10007

Sharaz Scofield
100 Church Street
New York, NY 10007

Melanie Judson
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro se Plaintiff:

Kenton Graham
568 A. Buchaman Avenue
Staten Island, NY 10314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 07/19/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-03997-NRM-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: