UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Plaintiff / Petitioner:
Kenton Graham
Defendant / Respondent:
New York City Department of Education et al.

**AFFIDAVIT OF SERVICE**
Index No:
1:24-cv-03997-NRM-LB

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>7 Stanley Circle, Staten Island, NY 10308</u>. That on <u>Thu, Aug 08 2024</u> AT <u>11:25 AM</u> AT <u>100 Church Street, New York, NY 10007</u> deponent served the within <u>Summons in a Civil Action, Fifth Amended Complaint, Order, Exhibits</u> on <u>Janice Ross</u>

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.
- [X] **Suitable Person:** by delivering thereat, a true copy of each to <u>arotone marke</u> a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence/place of business, <u>100 Church Street, New York, NY 10007</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on <u>Thu, Aug 08 2024</u>.
- [X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45   Ethnicity: Caucasian   Gender: Male   Weight: 180
Height: 5'9"   Hair: Brown   Eyes: ____   Relationship: ____
Other: ____

Service Notes: ____

Joseph Miglionico Lic. No. 1232575

I affirm this 10 day of AUGUST, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Plaintiff:
Kenton Graham
Defendant:
New York City Department of Education et al.

AFFIDAVIT OF SERVICE
Index No:
1:24-cv-03997-NRM-LB

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 7 Stanley Circle, Staten Island, NY 10308. That on Thu, Aug 08 2024 AT 11:25 AM AT 100 Church Street, New York, NY 10007 deponent served the within Summons in a Civil Action, Fifth Amended Complaint, Order, Exhibits on David Banks

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to arotone marks a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence/place of business, 100 Church Street, New York, NY 10007, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Thu, Aug 08 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45   Ethnicity: Caucasian   Gender: Male   Weight: 180
Height: 5'9"   Hair: Brown   Eyes: ___   Relationship: ___
Other: ___

Service Notes: ___

Joseph Miglionico Lic/No. 1232575

I affirm this 10 day of AUGUST, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Plaintiff / Petitioner:
Kenton Graham

Defendant / Respondent:
New York City Department of Education et al.

**AFFIDAVIT OF SERVICE**

Index No:
1:24-cv-03997-NRM-LB

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 7 Stanley Circle, Staten Island, NY 10308 . That on Thu, Aug 08 2024 AT 11:25 AM AT 100 Church Street, New York, NY 10007 deponent served the within Summons in a Civil Action, Fifth Amended Complaint, Order, Exhibits on Vernon Johnson

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.
- [X] **Suitable Person:** by delivering thereat, a true copy of each to arotone marke a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door, thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence/place of business, 100 Church Street, New York, NY 10007, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Thu, Aug 08 2024.
- [X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45    Ethnicity: Caucasian    Gender: Male    Weight: 180
Height: 5'9"    Hair: Brown    Eyes: _____    Relationship: _____
Other

Service Notes: _____

_[signature]_
Joseph Miglionico Lic. No. 1232575

I affirm this 10 day of AUGUST, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Plaintiff / Petitioner:
Kenton Graham

Defendant / Respondent:
New York City Department of Education et al.

**AFFIDAVIT OF SERVICE**

Index No:
1:24-cv-03997-NRM-LB

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 7 Stanley Circle, Staten Island, NY 10308 . That on Thu, Aug 08 2024 AT 11:25 AM AT 100 Church Street, New York, NY 10007 deponent served the within Summons in a Civil Action, Fifth Amended Complaint, Order, Exhibits on Melanie Judson

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.
- [X] **Suitable Person:** by delivering thereat, a true copy of each to arotone marke a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____
- [X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence/place of business, 100 Church Street, New York, NY 10007, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Thu, Aug 08 2024.
- [X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45   Ethnicity: Caucasian   Gender: Male   Weight: 180
Height: 5'9"   Hair: Brown   Eyes: ____   Relationship: ____
Other: ____

Service Notes: ____

Joseph Miglionico Lic. No. 1232575

I affirm this 10 day of AUGUST, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Plaintiff:
Kenton Graham
Defendant:
New York City Department of Education et al.

AFFIDAVIT OF SERVICE

Index No:
1:24-cv-03997-NRM-LB

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 7 Stanley Circle, Staten Island, NY 10308. That on Thu, Aug 08 2024 AT 11:25 AM AT 100 Church Street, New York, NY 10007 deponent served the within Summons in a Civil Action, Fifth Amended Complaint, Order, Exhibits on New York City Department of Education

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** New York City Department of Education a defendant, therein named, by delivering a true copy of each to arotone marke personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be the person authorized to accept service thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence; _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:
Age: 45  Ethnicity: Caucasian  Gender: Male  Weight: 180
Height: 5'9"  Hair: Brown  Eyes: _____  Relationship: _____
Other

Service Notes: _____

Joseph Miglionico Lic. No. 1232575

I affirm this 08 day of AUGUST, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Plaintiff / Petitioner:
Kenton Graham
Defendant / Respondent:
New York City Department of Education et al.

**AFFIDAVIT OF SERVICE**
Index No:
1:24-cv-03997-NRM-LB

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>7 Stanley Circle, Staten Island, NY 10308</u>. That on <u>Thu, Aug 08 2024</u> AT <u>11:25 AM</u> AT <u>100 Church Street, New York, NY 10007</u> deponent served the within <u>Summons in a Civil Action, Fifth Amended Complaint, Order, Exhibits</u> on <u>Sharaz Scofield</u>

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.
- [X] **Suitable Person:** by delivering thereat, a true copy of each to <u>arotone marke</u> a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence/place of business, <u>100 Church Street, New York, NY 10007</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on <u>Thu, Aug 08 2024</u>.
- [X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45   Ethnicity: Caucasian   Gender: Male   Weight: 180
Height: 5'9"   Hair: Brown   Eyes: ____   Relationship: ____
Other ____

Service Notes: ____

Joseph Miglionico Lic/No. 1232575

I affirm this 10 day of AUGUST, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.