**KENTON GRAHAM**
Plaintiff
568A Buchanan Avenue
Staten Island, NY 10314

FILED
Aug 14, 2024, 9:10 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**The Hon. Nina R. Morrison**
225 Cadman Plaza East
Brooklyn, NY 11201

August 14, 2024

**RE: Graham v. New York City Department of Education et al., Docket No. 24-cv-03997-NRM-LB**

Request for voluntary dismissal in the above referenced complaint pursuant to F.R.C.P. 41(a)(1)(A)(i)

Dear Judge Morrison:

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Kenton Graham, pro se writes to respectfully request to have his complaint voluntarily dismissed without prejudice. Plaintiff hereby asked that the above referenced complaint be voluntarily dismissed on the basis that duplicity of facts and circumstances may arise from a pending action in this court, having docket number 21-cv-6885-WFK-LB. Plaintiff will seek relief from the court to amend his previous complaint to include the relevant facts that he filed in the above referenced matter. Defendant New York City Department of Education et al. has not served an answer or motion for summary judgment in this action.

Respectfully submitted,

*[signature]*
Kenton Graham
ken10gra@gmail.com